## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

CASTAWAYS BACKWATER CAFÉ, INC.

                Plaintiff,                CIVIL ACTION

vs.                                              FILE NO: 2:05-cv-273

SIMONE MARSTILLER, SECRETARY OF THE
DEPARTMENT OFBUSINESS AND PROFESSIONAL
REGULATIONS, DIVISION OF ALCOHOLIC
BEVERAGES AND TOBACCO, STATE OF FLORIDA;
PAT PARMER, DIRECTOR, DIVISION OF ALCOHOLIC
BEVERAGES AND TOBACCO OF THE DEPARTMENT
OF BUSINESS & PROFESSIONAL REGULATION, STATE
OF FLORIDA; JOHN O. AGWUNOBI, SECRETARY, DEPT
OF HEALTH, STATE OF FLORIDA; GEOFF LUEBKEMANN,
DIRECTOR, DIVISION OF HOTELS & RESTAURANTS OF
THE DEPT. OF BUSINESS & PROFESSIONAL REGULATIONS,
STATE OF FLORIDA
                Defendants.
_____/

      To:    Simone Marstiller
              Secretary of Business & Professional Regulations
              1940 N. Monroe Street
              Tallahassee, Florida 32399

     **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY, LUDWIG J. ABRUZZO 5425 Park Central Court, Naples, FL 34109, an answer to the complaint which is herewith served upon you**,** within 20 calendar days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____

Clerk                                                          Date:

BY DEPUTY CLERK