## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA

United States Courthouse and Federal Building
Office of the Clerk
2110 First Street
Fort Myers, Florida 33901
(239) 461-2000
www.flmd.uscourts.gov

| | |
|---|---|
| Sheryl L. Loesch<br>Clerk | Leslie Stoddard<br>Division Manager |

November 3, 2006

**CASTAWAYS BACKWATER CAFE, INC.,**

      **Plaintiff,**

-vs-                                                                                   Case No. 2:05-cv-273-FtM-29SPC

**STATE OF FLORIDA DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATIONS DIVISION OF ALCOHOLIC BEVERAGES AND TOBACCO,**

      **Defendant.**

_____

### CERTIFICATE OF READINESS OF RECORD ON APPEAL

      **U.S.C.A. Case Number:**     06-15065HH

Pursuant to Federal Rules of Appellate Procedure 11(c), the Clerk of the United States District Court for the Middle District of Florida hereby certifies that the record is complete for purposes of this appeal. The record, including the transcript of parts thereof designated for inclusion and all necessary exhibits, consists of:

      Complete Record on Appeal:

      •     1     Volume(s) of Pleadings

                                                            SHERYL L. LOESCH, CLERK

                                                           By:    /s/Kim Arnett, Deputy Clerk